BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**SCOTT E. BRADFORD, OSB #062824**
Assistant United States Attorney
Scott.Bradford@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED23 JUN '17 10:37USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-239-HZ |
| v. | INFORMATION |
| BRADLEY CARTER, | 18 U.S.C. § 1030(a)(2), (c)(2)(B)(i), and (c)(2)(B)(ii) |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this information:

1.  Bradley Carter, hereinafter referred to as defendant, was a resident of Albany, Oregon.

2.  Defendant founded Phone Losers of America, an American Phreaking group, in the 1990s and operated a YouTube Channel by the same name.[1]

---

[1] Phreaking is the action of hacking into telecommunications systems, especially to obtain free calls

### COUNT 1
### (Fraud and Related Activity in Connection with Computers)
### (18 U.S.C. § 1030(a)(2), (c)(2)(B)(i), and (c)(2)(B)(ii))

3.  On or about March 24, 27, and 28, 2016, within the District of Oregon, the defendant intentionally accessed a computer without authorization and thereby obtained information from a protected computer, as defined in 18 U.S.C. § 1030(e)(2)(B), and the offense was committed for purposes of commercial advantage and private financial gain and was committed in furtherance of criminal and tortious acts in violation of the laws of Oregon, specifically, invasion of privacy and intentional infliction of emotional distress, in violation of 1030(a)(2), (c)(2)(B)(i), and (c)(2)(B)(ii).

### FIRST FORFEITURE ALLEGATION
### (18 U.S.C. §§ 982(a)(2)(B) and 1030(i))

4.  The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 982(b)(1) and 1030(i)(1).

5.  Upon conviction of Count 1 of this Information, a computer fraud offense in violation of 18 U.S.C. § 1030(a)(2), defendant shall forfeit to the United States of America any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense and any personal property that was used or intended to be used to commit or to facilitate the commission of such offense, including a sum of money equal to the proceeds derived from or obtained as a result of such offense.

6.  If the above-described property, as a result of any act or omission of defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1030(i)(1).

Dated this 23rd day of June 2017.

                              Respectfully submitted,

                              BILLY J. WILLIAMS
                              United States Attorney

                              /s/ Scott E. Bradford
                              SCOTT E. BRADFORD, OSB #062824
                              Assistant United States Attorney