**ANDREW D. COIT**, OSB #972378
**CHELSEA B. PAYMENT**, OSB #141125
COIT & PAYMENT, P.C.
800 Willamette St., Ste. 700
Eugene, OR 97401
Ph: 541-685-1288 • Fax: 541-653-8224
andrew@lawfirmeugene.com
chelsea@lawfirmeugene.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    vs.<br><br>BRADLEY CARTER,<br><br>             Defendant. | Case No.: 3:13-CR-00239-HZ<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT** |
|---|---|

Attorneys Andrew D. Coit (lead counsel) and Chelsea B. Payment of Coit & Payment, P.C. are admitted or otherwise authorized to practice in this Court, and appear in this case as counsel of record for Defendant, BRADLEY CARTER.

DATED this 11th day of July, 2017.

                                        COIT & PAYMENT, P.C.

                                        */s/ ANDREW D. COIT*
                                        Andrew D. Coit, OSB #972378
                                        Lead Attorney for Defendant
                                        Coit & Payment, PC
                                        800 Willamette St., Ste. 700
                                        Eugene, OR  97401
                                        Ph: (541) 685-1288 • Fax: (541) 653-8224
                                        andrew@lawfirmeugene.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the above-mentioned date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Scott Bradford
Special Prosecutor US Attorney's Office
150 N 1st Ave, Suite 300 MS 40
Hillsboro, OR 97124
E-Mail: Scott.bradford@usdoj.gov

                                            COIT & PAYMENT, P.C.

                                            */s/ Andrew D. Coit*
                                            Andrew D. Coit, OSB #972378
                                            Lead Attorney for Defendant
                                            Coit & Payment, PC
                                            800 Willamette St., Ste. 700
                                            Eugene, OR  97401
                                            Ph: (541) 685-1288 • Fax: (541) 653-8224
                                            andrew@lawfirmeugene.com