**ANDREW D. COIT**, OSB #972378
**CHELSEA B. PAYMENT**, OSB #141125
COIT & PAYMENT, P.C.
800 Willamette St., Ste. 700
Eugene, OR 97401
Ph: 541-685-1288 • Fax: 541-653-8224
andrew@lawfirmeugene.com
chelsea@lawfirmeugene.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br> vs. <br><br> BRADLEY CARTER, <br><br>  Defendant. | Case No.: 3:17-CR-00239-HZ <br><br> **DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM** |

Defendant, by and through his attorneys Andrew Coit, Coit & Payment P.C., hereby moves this Court for an Order sealing the previously filed Defendant's Sentencing Memorandum.  In the alternative, defendant respectfully requests this Court allow Defendant to refile his sentencing memorandum and redact character reference contact information.

This motion is based upon the fact that defendant's character reference contact information was inadvertently left on character reference letters that were attached as exhibits to Defendant's Sentencing Memorandum.

Assistant United States Attorney Scott Bradford, counsel for the government, does not object to this motion.

RESPECTFULLY SUBMITTED THIS 17TH DAY OF NOVEMBER, 2017.

　　　　　　　　　　　　　　　　　　*/S/ Andrew D. Coit*
　　　　　　　　　　　　　　　　　　Andrew D. Coit, OSB #972378
　　　　　　　　　　　　　　　　　　Attorney for Bradley Carter, Defendant